**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

SANTA FE PUBLIC SCHOOLS BOARD OF
EDUCATION,

      Plaintiff,

vs.                                                                                                No. CIV 24-0378 JB/LF

ROSANGELA ROGERS and JAMES
ROGERS, parents for B.R., Student (a minor),

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation of Dismissal, filed July 24, 2025 (Doc. 36)("Stipulation").  In the Stipulation, the parties stipulate to dismissing the case with prejudice.  See Stipulation at 1.  With no more parties, claims, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment, disposing of this case.

**IT IS ORDERED** that: (i) the Complaint for Judicial Review Pursuant to Section 20 USC § 1415 ¶ 15, at 3, filed April 22, 2024 (Doc. 5)("Complaint"), is dismissed with prejudice; (ii) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Eric G. Rodriguez
Dawn M. Vernooy
Walsh Gallegos Kyle Robinson & Roalson, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Gail Stewart
Steven Granberg Attorney at Law, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendants*